# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vikctoria Pedie and Sandy Olson, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-17-cv-83 |
| North Star Community Credit Union, John Doe Repossession Agency, | ) |
| Defendants. | ) |

Before the court is the parties' Stipulation to Amend Complaint. (Doc. No. 15). The plaintiffs seeks to amend their complaint because they have now identified the repossession agency identified in the original complaint as John Doe Repossession Agency. (Doc. No. 1). The plaintiffs represent that this repossession agency is Ketterling's Junkyard. Pursuant to Fed.R.Civ.P. 15, the court **ADOPTS** the parties' stipulation without addition or modification.

The plaintiffs shall file their amended complaint with the court by September 5, 2017. Defendant North Star Community Credit Union shall have ten days from the filing to file their responsive pleading.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court